# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Elyse Robinson, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>-v.-<br>Midland Credit Management, Inc., Midland Funding LLC and John Does 1-25,<br><br>Defendant(s). | Civil Action No. 1:20-cv-00581-RGA<br><br>**NOTICE OF SETTLEMENT AS TO ALL DEFENDANTS** |

Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and the Defendants have reached agreements in principle and are in the process of finalizing confidential settlement agreements.

2. Plaintiff will file Dismissals once the terms of the settlement agreements have been completed.

3. Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

4. This notice of settlement has effect on all Defendants in this action.

Dated: May 13, 2020

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*
Antranig Garibian, Esquire (Bar No. 4962)
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 722-6885
ag@garibianlaw.com
*Attorney for Plaintiff*